# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 19, 2009**

| | | |
|---|---|---|
| 28787 | State v. Cravalho | Vacated and Remanded |

**February 20, 2009**

| | | |
|---|---|---|
| 28925 | State v. Belen | Affirmed and Remanded |

**February 23, 2009**

| | | |
|---|---|---|
| 28296 | State v. Gay | Affirmed |

**February 24, 2009**

| | | |
|---|---|---|
| 28760 | Hazuka v. Allied Maintenance Services, Inc. | Affirmed |

**February 25, 2009**

| | | |
|---|---|---|
| 28999 | Awana v. State | Affirmed |
| 29082 | State v. Chavira | Affirmed |
| 29123 | State v. Meyers | Vacated and Remanded |

**February 26, 2009**

| | | |
|---|---|---|
| 28561 | Fukumoto v. Onogi | Vacated and Remanded |
| 28946 | State v. Noga | Affirmed |
| 29139 | State v. Richards | Affirmed |

**February 27, 2009**

| | | |
|---|---|---|
| 28862 | State v. Ampong | Affirmed |
| 28448 | State v. Mundon | Vacated and Remanded; Affirmed |

**March 5, 2009**

| | | |
|---|---|---|
| 29011, 29012 | "R" Children, In re | Affirmed |

**March 6, 2009**

| | | |
|---|---|---|
| 29152 | J.M., In re | Affirmed |
| 29126 | Kaunamano v. State | Vacated and Remanded |
| 29149 | State v. Wheeler | Vacated and Remanded |

### March 12, 2009

| | | |
|---|---|---|
| 27707 | County of Hawai'i v. Ala Loop Homeowners | Reversed |
| 28560 | KNG Corp. v. Kim | Affirmed |
| 28922 | State v. Burull | Affirmed |
| 28258 | State v. Hare | Affirmed |
| 28349 | State v. Kun Ok Cho | Affirmed |

### March 13, 2009

| | | |
|---|---|---|
| 28278 | Koga Engineering & Const., Inc. v. State | Remanded |
| 27863 | Peroff v. United Rim Transport, Inc. | Affirmed |
| 29017 | State v. Lee | Remanded and Affirmed |
| 29046 | State v. Riccitiello | Affirmed |